IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ERA FRANCHISE SYSTEMS LLC, ) <br> fka ERA FRANCHISE SYSTEMS, ) <br> INC., ) <br> ) <br>       Plaintiff, ) <br> ) <br>   vs. ) <br> ) <br> ERIN WAKABAYASHI; NEW ) <br> ERA REALTY, ) <br> ) <br>       Defendants. ) <br> _____ ) | CIVIL NO. 09-00078 JMS/BMK |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

     Findings and Recommendation having been filed and served on all parties on December 7, 2009, and no objections having been filed by any party,

     IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR

///

///

///

///

DEFAULT JUDGMENT AGAINST DEFENDANTS" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 31, 2009.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*Era Franchise Systems LLC v. Wakabayashi et al.*, Civ. No. 09-00078 JMS/BMK; Order Adopting Magistrate's Findings and Recommendation